FILED

APR 03 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-cr- |
| | ) | |
| BREANNDA SMITH, | ) | |
| | ) | |
| Defendant. | ) | 1 18-cr- 0098 RLY -DML |

**INDICTMENT**

The Grand Jury charges that:

**General Allegations**

At times material to this charge:

**Definitions**

1. The term "minor" means a person under the age of 18 years. 18 U.S.C. § 2256(1).

2. The term "commercial sex act" means any sex act, on account of which anything of value is given to or received by any person. 18 U.S.C. § 1591(e)(3).

3. The term "sex trafficking" means the recruitment, enticement, harboring, transportation, providing, obtaining, advertisement, maintaining, patronization, or soliciting, by any means, of a person for the purpose of a commercial sex act. 22 U.S.C. § 7102 (10).

4. The Internet is a facility of interstate or foreign commerce. Backpage.com, an online marketplace that is used to facilitate acts of commercial sex, is headquartered in Arizona.

**Minor Victim**

5. MINOR VICTIM 1 was a child who was less than 18 years of age but who was at least 14 years of age.

**Count 1**
**Conspiracy to Commit Sex Trafficking of Children**
**18 U.S.C. §§ 1594(c) and 1591(a)(1) and (b)(2)**

6. Paragraphs 1 through 5 of this Indictment are re-alleged and incorporated by reference in Count 1.

7. Between on or about April 22, 2017 and May 12, 2017, within the Southern District of Indiana and elsewhere, BREANNDA SMITH did knowingly conspire with individuals known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, or solicit, by any means, a person, Minor Victim 1, knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and that Minor Victim 1 would be caused to engage in a commercial sex act, that is: BREANNDA SMITH did agree with others to engage in the crime of sex trafficking of children and BREANNDA SMITH did commit an overt act in furtherance of that agreement, to wit: BREANNDA SMITH did recruit, harbor and maintain MINOR VICTIM 1, knowing that MINOR VICTIM 1 would be caused to engage in commercial sex acts;

All of which occurred in violation of Title 18, United States Code, Sections 1594(c) and 1591(a)(1) and (b)(2).

A TRUE BILL:

[redacted]

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: ______________________________
Kristina Marie Korobov
Assistant United States Attorney